Fill in this information to identify your case and this filing:

Debtor 1: **Pamela** (First Name) **Janet** (Middle Name) **Belle** (Last Name)

Debtor 2: _____ (Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: **EASTERN** District of **WISCONSIN** (State)

Case Number: **16-29164** (If known)

[x] Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

01. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - [x] No.
   - [ ] Yes. Describe.....

2. Add the dollar value of the portion you own for all of your entries fro Part 1, including any entries for pages you have attached for Part 1. Write that number here ..................... → **$0.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

03. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - [ ] No.
   - [x] Yes. Describe.....

   Make: **Buick**
   Model: **Rendezvous**
   Year: **2002**
   Approximate Mileage: **162,000**
   Other information:

   Who has an interest in the property? Check one.
   - [x] Debtor 1 only
   - [ ] Debtor 2 only
   - [ ] Debtor 1 and Debtor 2 only
   - [ ] At least one of the debtors and another
   - [ ] Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

   Current value of the entire property? **$2,000.00**
   Current value of the portion you own? **$2,000.00**

   Make: **Mazda**
   Model: **CX-09**
   Year: **2009**
   Approximate Mileage: **45,000**
   Other information:

   Who has an interest in the property? Check one.
   - [x] Debtor 1 only
   - [ ] Debtor 2 only
   - [ ] Debtor 1 and Debtor 2 only
   - [ ] At least one of the debtors and another
   - [ ] Check if this is community property (see instructions)

   Current value of the entire property? **$5,000.00**
   Current value of the portion you own? **$5,000.00**

04. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No.
   - [ ] Yes. Describe.....

5. Add the dollar value of the portion you own for all of your entries fro Part 2, including any entries for pages you have attached for Part 2. Write that number here .................... → **$7,000.00**

Debtor 1: Pamela Janet Bollo
Case Number (if known): 16-29164

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions

**06. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
- [ ] No.
- [x] Yes. Describe.....
  - Kirby Vaccum — $50
  - Furniture, linens, small appliances, table & chairs, bedroom set — $1,400
  - $1,450.00

**07. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- [ ] No.
- [x] Yes. Describe.....
  - Flat screen TV, computer, printer, music collection, cell phone, 2 gaming systems, tablet — $3,000
  - $3,000.00

**08. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- [x] No.
- [ ] Yes. Describe.....
  - $0.00

**09. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- [x] No.
- [ ] Yes. Describe.....
  - $0.00

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment
- [x] No.
- [ ] Yes. Describe.....
  - $0.00

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
- [ ] No.
- [x] Yes. Describe.....
  - Necessary Wearing Apparel — $250
  - $250.00

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- [x] No.
- [ ] Yes. Describe.....
  - $0.00

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
- [x] No.
- [ ] Yes. Describe.....
  - $0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
- [x] No.
- [ ] Yes. Describe.....
  - $0.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..... → **$4,700.00**

Debtor 1: Pamela Janet Bolle
Case Number (if known): 16-29164

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No.
- ☐ Yes. Describe.....

$ 0.00

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No.
- ■ Yes. Describe.....

| Account Type: | Institution name: | |
|---|---|---|
| Checking Account | Guaranty bank | $ 0.00 |
| Checking Account | Guaranty Bank | $ 0.00 |
| Savings Account | Guaranty Bank | $ 0.00 |
| Savings Account | Guaranty Bank | $ 0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No.
- ☐ Yes. Describe..... Institution or issuer name:

$ 0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in**
- ■ No.
- ☐ Yes. Describe..... Name of Entity and Percent of Ownership:

$ 0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
- ■ No.
- ☐ Yes. Describe..... Issuer name:

$ 0.00

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ☐ No.
- ■ Yes. Describe.....

| Type of account and institution name: | | |
|---|---|---|
| 401(k) or similar plan | Aurora Healthcare | $ 116.00 |
| 401(k) or similar plan | 403(b) | $ 0.00 |
| | | $ 5,116.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
- ☐ No.
- ■ Yes. Describe.....

| Institution name or individual: | | |
|---|---|---|
| Security deposit on rental unit | Landlord | $ 750.00 |
| | | $ 750.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No.
- ☐ Yes. Describe..... Issuer name and description:

$ 0.00

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No.
- ☐ Yes. Describe..... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers**
- ■ No.
- ☐ Yes. Describe.....

$ 0.00

Debtor 1  Pamela   Janet   Belle    Case Number (if known) 16-29164

### 26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements
■ No.
☐ Yes. Describe.....
$ 0.00

### 27. Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No.
☐ Yes. Describe.....
$ 0.00

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions

### 28. Tax refunds owed to you
☐ No.
■ Yes. Describe..... 2015 refund already received; not expecting large 2016 refund; required to turn over 1/2    $0
$ 0.00

### 29. Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No.
☐ Yes. Describe.....
$ 0.00

### 30. Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No.
☐ Yes. Describe.....
$ 0.00

### 31. Interest in insurance policies
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No.   Company Name & Beneficiary:
■ Yes. Describe..... Term Life Insurance    $0
$ 0.00

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No.
☐ Yes. Describe.....
$ 0.00

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
Examples: Accidents, employment disputes, insurance claims, or rights to sue
■ No.
☐ Yes. Describe.....
$ 0.00

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
■ No.
☐ Yes. Describe.....
$ 0.00

### 35. Any financial assets you did not already list
■ No.
☐ Yes. Describe.....
$ 0.00

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .....
$666.00

Case 16-29164-beh    Doc 18    Filed 12/15/16    Page 4 of 9

Debtor 1 Pamela Janet Belle   Case Number (if known) 16-29164

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No.
- ☐ Yes.

Current value of the portion you own? Do not deduct secured claims or exemptions

**38. Accounts receivable or commissions you already earned**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**41. Inventory**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**42. Interests in partnerships or joint ventures**
- ■ No.
- ☐ Yes. Describe..... Name of Entity and Percent of Ownership: $ 0.00

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**44. Any business-related property you did not already list**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ......................................... → $ 0.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**47. Farm animals**
Examples: Livestock, poultry, farm-raised fish
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**48. Crops—either growing or harvested**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ■ No.
- ☐ Yes. Describe..... $ 0.00

Debtor 1  Pamela           Janet            Bello                    Case Number (if known) 16-29164
          First Name        Middle Name      Last Name

50. Farm and fishing supplies, chemicals, and feed
    ■ No.
    ☐ Yes. Describe.....                                                                                    $       0.00

51. Any farm- and commercial fishing-related property you did not already list
    ■ No.
    ☐ Yes. Describe.....                                                                                    $       0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here ............................................................. →     $0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    Examples: Season tickets, country club membership
    ■ No.
    ☐ Yes. Describe.....                                                                                    $       0.00

54. Add the dollar value of all of your entries from Part 7. Write that number here ................. →    $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2                                                                       $ 0.00

56. Part 2: Total vehicles, line 5                              $ 7,000.00

57. Part 3: Total personal and household items, line 15         $ 4,700.00

58. Part 4: Total financial assets, line 36                     $ 866.00

59. Part 5: Total business-related property, line 45            $ 0.00

60. Part 6: Total farm- and fishing-related property, line 62   $ 0.00

61. Part 7: Total other property not listed, line 54            $ 0.00

62. Total personal property. Add lines 56 through 61. ..........       $ 12,566.00                          $ 12,566.00

63. Total of all property on Schedule A/B. Add line 55 + line 62                                            $12,566.00


*Pamela J. Bell*                    12/6/16

Case 16-29164-beh    Doc 18    Filed 12/15/16    Page 6 of 9

Fill in this information to identify your case:

Debtor 1: Pamela Janet Belle
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: EASTERN District of WISCONSIN

Case Number: 16-29164 (if known)

[x] Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you.

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2002 Buick Rendezvous with over 162,000 miles  Line from Schedule A/B: 03 | $ 2,000 | ☐ $ 3,775  ■ 100% of fair market value, up to any applicable statutory limit | 11 USC & 522(d)(2) - $3,775.00 |
| Brief description: 2009 Mazda CX-09 with over 45,000 miles  Line from Schedule A/B: 03 | $ 5,000 | ■ $ 0  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC & 522(d)(5) - $0.00 |
| Brief description: Kirby Vacuum  Line from Schedule A/B: 06 | $ 50 | ■ $ 0  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC & 522(d)(3) - $0.00 |
| Brief description: Furniture, linens, small appliances, table & chairs, bedroom set  Line from Schedule A/B: 06 | $ 1,400 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 11 USC & 522(d)(3) - $1,400.00 |

Official Form 106C      Record # 715570      Schedule C: The Property You Claim as Exempt      Page 1 of 3

Debtor 1: Pamela (First Name) Janet (Middle Name) Belle (Last Name)  
Case Number (if known): 16-29164

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Flat screen TV, computer, printer, music collection, cell phone, 2 gaming systems, tablet <br> **Line from Schedule A/B:** 07 | $ 3,000 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) - $3,000.00 |
| **Brief description:** Necessary Wearing Apparel <br> **Line from Schedule A/B:** 11 | $ 250 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) - $250.00 |
| **Brief description:** Checking Account, Guaranty bank, 0.00 <br> **Line from Schedule A/B:** 17 | $ 0 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) - $0.00 |
| **Brief description:** Savings Account, Guaranty Bank, 0.00, 1 of 2 <br> **Line from Schedule A/B:** 17 | $ 0 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) - $0.00 |
| **Brief description:** Savings Account, Guaranty Bank, 0.00, 2 of 2 <br> **Line from Schedule A/B:** 17 | $ 0 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) - $0.00 |
| **Brief description:** 401(k) or similar plan, Aurora Healthcare, 118.00 <br> **Line from Schedule A/B:** 21 | $ 118 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(12) - $118.00 |
| **Brief description:** 401(k) or similar plan, 403(b), 0.00 <br> **Line from Schedule A/B:** 21 | $ 5,000 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(12) - $5,000.00 |
| **Brief description:** Security deposit on rental unit, Landlord, 750.00 <br> **Line from Schedule A/B:** 22 | $ 750 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) - $750.00 |
| **Brief description:** 2015 refund already received; not expecting large 2016 refund; required to turn over 1/2 <br> **Line from Schedule A/B:** 28 | $ 0 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) - $0.00 |
| **Brief description:** Term Life Insurance <br> **Line from Schedule A/B:** 31 | $ 0 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(7) - $0.00 |

Official Form 106C   Record # 715570   Schedule C: The Property You Claim as Exempt   Page 2 of 3

Debtor 1    Pamela      Janet      Belle
         First Name     Middle Name     Last Name

**Part 2: Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |

3. Are you claiming a homestead exemption of more than $155,675?

(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No.
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes.

*Pamela J. Belle 12/14/16* (signature)